```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )    CR. No. 03-70-01 S
                                    )
LUIS OLIVERA,                       )
                                    )
        Defendant.                  )
_____)

**ORDER**

On September 18, 2013, Luis Olivera filed a motion titled "Request for a Nunc Pro Tunc for Jail Credit Towards My Sentence" (ECF No. 125). Therein, Mr. Olivera requested that he receive credit for time served in relation to a state sentence against the remainder of the federal sentence imposed by this Court in February 2004.

After reviewing the matter with the Office of the Probation Officer, this Court directed the Supervising U.S. Probation Officer to send a letter to the Federal Bureau of Prisons (the "BOP") indicating that it was this Court's intention that Mr. Olivera's state and federal sentences run concurrently. Such a letter was sent on November 5, 2013.

The BOP subsequently informed this Court that it had received a similar request from an attorney acting on Mr. Olivera's behalf. The BOP indicated that it would review whether Mr. Olivera was eligible for the relief sought. In

light of this Court's mailing of the letter and the BOP's ongoing review of Mr. Olivera's status, this Court DENIES AS MOOT Mr. Olivera's request for nunc pro tunc credit.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: November 12, 2013